David D. Deason (SBN 207733)
Matthew F. Archbold (SBN 210369)
DEASON & ARCHBOLD
3300 Irvine Avenue, Suite 245
Newport Beach, CA 92660
Telephone: (949) 794-9560
Facsimile: (949) 794-9517
Email: matthew@yourlaborlawyers.com

Attorneys for Plaintiffs



Priority Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH D. MILLS; and MAURICE RODRIGUE<br><br>Plaintiffs,<br><br>vs.<br><br>BAD BOYS BAILS BONDS, INC., a California corporation doing business as "Bad Boys Bails Bonds;" C. JEFFREY STANLEY, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: CV04-5626 RSWL (PJWx)<br>[consolidated with Case No. CV04-6644 RSWL(PJWx)]<br><br>**JOINT STIPULATION OF DISMISSAL** AND ORDER<br><br>[Federal Rule of Civil Procedure 41] |



IT IS HEREBY STIPULATED between Plaintiffs RALPH D. MILLS, MAURICE RODRIGUE, JOSH WELDON, and KENNETH LUNA, as represented by Matthew F. Archbold of the law firm of DEASON & ARCHBOLD; and Defendants Bad Boys Bail Bonds, Inc., as represented by Jeffrey M. Cohon of Cohon & Pollack, LLP, and C. Jeffrey Stanley as represented by C.D. Michel of Trutanich, Michel, LLP, as follows:

WHEREAS, the parties have exchanged fully executed settlement agreements resolving this matter in its entirety.

1

NOW, THEREFORE, the parties hereto stipulate as follows:

1. That, pursuant to Federal Rule of Civil Procedure, 41(a)(1), the above-captioned action be dismissed in its entirety, with prejudice.

DATED: April 17, 2007        DEASON & ARCHBOLD

_____
Matthew F. Archbold
Attorneys for Plaintiffs

DATED: April ___, 2007        COHON & POLLACK, LLP

_____
Jeffrey M. Cohon
Attorneys for Defendant, Bad Boys Bail Bonds, Inc.

DATED: April ___, 2007        TRUTANICH, MICHEL, LLP

_____
C.D. Michel
Attorneys for Defendant, C. Jeffrey Stanley

### [PROPOSED] ORDER

The foregoing stipulation is accepted and made the order of the Court. The above captioned action, USDC Case No. CV04-5626 RSWL (PJWx), is hereby dismissed in its entirety with prejudice.

DATED: _____        _____
                              THE HONORABLE RONALD S.W. LEW

NOW, THEREFORE, the parties hereto stipulate as follows:

1. That, pursuant to Federal Rule of Civil Procedure, 41(a)(1), the above-captioned action be dismissed in its entirety, with prejudice.

DATED: April ___, 2007                  DEASON & ARCHBOLD

_____
Matthew F. Archbold
Attorneys for Plaintiffs

DATED: April 17, 2007                   COHON & POLLACK, LLP

_____
Jeffrey M. Cohon
Attorneys for Defendant, Bad Boys Bail Bonds, Inc.

DATED: April ___, 2007                  TRUTANICH, MICHEL, LLP

_____
C.D. Michel
Attorneys for Defendant, C. Jeffrey Stanley

[PROPOSED] ORDER

The foregoing stipulation is accepted and made the order of the Court. The above captioned action, USDC Case No. CV04-5626 RSWL (PJWx), is hereby dismissed in its entirety with prejudice.

DATED:_____
                                        _____
                                        THE HONORABLE RONALD S.W. LEW

2

NOW, THEREFORE, the parties hereto stipulate as follows:

1. That, pursuant to Federal Rule of Civil Procedure, 41(a)(1), the above-captioned action be dismissed in its entirety, with prejudice.

DATED: April ___, 2007          DEASON & ARCHBOLD

                                _____
                                Matthew F. Archbold
                                Attorneys for Plaintiffs

DATED: April ___, 2007          COHON & POLLACK, LLP

                                _____
                                Jeffrey M. Cohon
                                Attorneys for Defendant, Bad
                                Boys Bail Bonds, Inc.

DATED: April 17, 2007           TRUTANICH, MICHEL, LLP

                                /s/ C.D. Michel
                                _____
                                C.D. Michel
                                Attorneys for Defendant, C.
                                Jeffrey Stanley

                     [PROPOSED] ORDER

The foregoing stipulation is accepted and made the order of the Court. The above captioned action, USDC Case No. CV04-5626 RSWL (PJWx), is hereby dismissed in its entirety with prejudice.

DATED: 4-26-07                  **RONALD S.W. LEW**
                                _____
                                THE HONORABLE RONALD S.W. LEW

1 | MILLS, et al. v. BAD BOYS BAIL BONDS, INC., et al.
2 | USDC, Central, Case No. CV 04-5626 RSWL (PJWx)

## PROOF OF SERVICE

STATE OF CALIFORNIA   )
                      ) ss.
COUNTY OF ORANGE      )

I am employed in the county of Orange, state of California. I am over the age of eighteen and not a party to the within action; my business address is 3300 Irvine Avenue, Suite 245, Newport Beach, California 92660.

On April 18, 2007, 2005, I served the within **JOINT STIPULATION OF DISMISSAL** by placing a true copy thereof enclosed in a sealed envelope(s) addressed as follows:

| | |
|---|---|
| Jeffrey M. Cohon, Esq.<br>COHON & POLLACK, LLP<br>1999 Avenue of the Stars, Suite 1100<br>Los Angeles, CA 90067<br>Telephone: (310) 231-4470<br>FAX: (310) 231-4610 | Attorneys for Defendant<br>BAD BOYS BAIL BONDS, INC. |
| C.D. Michel, Esq.<br>TRUTANICH, MICHEL, LLP<br>180 E. Ocean Avenue, Suite 200<br>Long Beach, CA 90802<br>Telephone: (562) 216-4444<br>FAX: (562) 216-4445 | Attorneys for Defendant<br>C. JEFFREY STANLEY |

(X) **BY MAIL:** I am "readily familiar" with this firm's practice of collection, processing, and depositing mail, with postage fully prepaid, with the U.S. Postal Service on the same day in the ordinary course of business. I am aware that, on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing as stated in the affidavit.

( ) **BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office(s) of the addressee(s) marked with a ***.

( ) **BY OVERNIGHT MAIL:** I caused said envelope(s) to be delivered by Federal Express to the addressee(s) marked with a +++.

( ) **BY FACSIMILE:** In addition to the above service by mail, hand delivery, or Federal Express, I caused said document(s) to be transmitted by facsimile to the addressee(s) marked with a ^^^.

1

1  (X)   **STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

2

3  ()    **FEDERAL:** I declare that I am a member of the bar of this Court at whose direction this service was made.

4

Executed on April 18, 2007 at Newport Beach, California

_____
Matthew F. Archbold